**CASE: 03-47260**
**In Re: Stephen J. Wentzell**

Subject: Disclosure of just discovered whole life policy in effect on Stephen J. Wentzell

PAGE 1 OF 3

>Louis J. Desy Jr.
>47 Heywood Street; Suite 1
>Worcester, MA 01604
>Phone: 508-853-1215
>Fax: 508-754-1881
>LouisDesy@aol.com
>Monday, March 22, 2004

U.S. Bankruptcy Court
595 Main Street
Worcester, MA 01608
Phone: 508-770-8900
Fax: 508-793-0189

Bankruptcy Trustee Joseph Baldiga
Mirick, O'Connel, DeMallie Lougee
100 Front Street
Worcester, MA 01608
Phone: 508-791-8500
Fax: 508-791-8502

Dear Sir(s):
    I am the bankruptcy petition preparer for this case as defined in 11 U.S.C. § 110. The reason for this additional filing is that today the filer discovered a whole life policy that was in effect with a cash value. Please see the third page of this fax for a summary from the company for information on this policy. The circumstances of this discovery are as follows:
    I am in the process of preparing and organizing his records to file his 2003 tax returns. While at his home on Saturday, March 20, 2004, to go over these records and answer questions he had about his computer system, he asked me about a bill he received from the Combined Insurance Company of America. I was not sure what this bill was for but it seemed to be a bill for a whole life insurance policy. At that time it was after 09:00 PM on a Sauturday night, so we were not able to make any other inquiries on this policy until this morning.
    Today Mr. Wentzell and I placed a conference call to the Combined Insurance Company of America around 09:30 AM.. In that call we discovered the following:
1. This is a whole life insurance policy with a cash value.
2. The policy is paid up until April 4, 2004.
3. The policy value is $10,800.00.
4. The gross cash value is $2,621.72.
5. Stephen Wentzell has made no payments on this policy for about two years.

6. There is a debt on the policy of $647.95 that was used to make the payments.
7. The net cash value that the policy could be turned in up to April 4, 2004 is $1,973.77.

If the existence of this policy had been known at the time of the original filing it should have been disclosed on page 1 of Schedule B – Personal Property under type 9 as follows:

TYPE OF PROPERTY
Interest in insurance policy

DESCRIPTION AND LOCATION:

COMBINED INSURANCE COMPANY OF AMERICA
P.O. Box 87208
5050 North Broadway
Chicago, IL 60640
Phone: 1-800-225-4500
POLICY NUMBER: 7DF37966

CURRENT VALUE: $1,973.77

This policy should have also been disclosed under schedule C – Property claimed as exempt under 11 U.S.C. 522 (d) (8) for the full amount of $1,973.77.

Filer asks that this be added to the original filing with the understanding that the omission from the original filing was unintentional. The filer was not even aware that this policy was in effect until two days ago and asks that this not effect the final disposition of the case since the net cash value falls under the Federal Bankruptcy exemptions.

Thank you,

*[signature]*    DATE: March 22, 2004

Louis J. Desy Jr.
Social Security Number: 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
47 Heywood Street
Worcester, MA 01604



**Combined Insurance Company of America**

POLICYHOLDER SERVICES • P.O. BOX 87208 • CHICAGO, IL 60680-0208

DATE: 3-22-04

Stephen Wentzell
14 Shirley Ave
Millbury, MA 01527

RE: POLICY NUMBER      7DF37966

ISSUE DATE

PAID TO DATE          4-4-04

FACE AMOUNT           $10,800.00

GROSS CASH VALUE      $2,621.72

NET CASH VALUE        $1,973.77

OUTSTANDING INDEBTEDNESS  $647.95

INSURED               Stephen J. Wentzell

Dear Mr. Wentzell,

We have received a telephone call regarding the above Life Insurance policy.

Our records indicate that this policy is paid to the date shown above. The Gross and Net Cash Values, as well as the total Outstanding Indebtedness as of the paid to date, are also shown above.

If you need any additional assistance, please feel free to contact us.

Sincerely,
COMBINED INSURANCE OF AMERICA

Luzur Garcia
Customer Service