**UNITED STATES BANKRUPTCY COURT**
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re: Stephen J. Wentzell<br>Debtor, | Chapter: 7<br>Case No: 03–47260<br>Judge Joel B. Rosenthal |

**ORDER**
**REGARDING DEFICIENT FILING**

Your recent filing of **Letter RE: Amending Petition** on **MARCH 23, 2004** with the Court was deficient and/or defective as noted below:

☐ Service (Missing or Insufficient)

☑ Verified statement or an unsworn declaration as required by Fed. R. Bankr. P.1008 and in accordance with 28 USC § 1746.

☐ Declaration Re: Electronic Filing (Official Local Form 7) as required by MEFR 7(a)

☐ Chapter 13 Agreement Between Debtor and Counsel (Official Local Form 8) as required by MLBR App. 1, Rule 13–2 (a)(8).

☑ Other **Amended Schedule C**

You are hereby **ORDERED** to file the above required documents(s) on or before **APRIL 19, 2004** .

**YOU MUST FILE THESE DOCUMENTS AT THE CLERK'S OFFICE AS INDICATED BELOW.**
**FAILURE TO COMPLY WILL RESULT IN DENIAL OR DISMISSAL WITHOUT FURTHER NOTICE.**

○ United States Bankruptcy Court
1101 O'Neill Federal Building
10 Causeway Street
Boston, MA 02222–1074

◉ United States Bankruptcy Court
211 Donohue Federal Building
595 Main Street
Worcester, MA 01608–2076

Date:4/9/04

By the Court,

Martha Moore
Deputy Clerk
(617) 565– 8918

11 – 8