**UNITED STATES BANKRUPTCY COURT**
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re:   Stephen J. Wentzell | Chapter: 7 |
|            Debtor, | Case No: 03–47260 |
| | Judge Joel B. Rosenthal |

**ORDER DISCHARGING TRUSTEE
AND CLOSING CASE**

It is hererby **ORDERED** that Joseph Baldiga , the Trustee is discharged from any further duties herein and that this case is hereby closed pursuant to 11 U.S.C. § 350(a).

Date:5/11/05                                                                                             By the Court,

<u>Joel B. Rosenthal</u>
U.S. Bankruptcy Judge

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
11487 Sunset Hills Road
Reston, Virginia 20190-5234

260   Doc 19   Filed 05/13/05   Entered 05/14/05 02:11:19   Desc Imaged
Certificate of Service   Page 2 of 2

# CERTIFICATE OF SERVICE

```
District/off: 0101-4        User: sas              Page 1 of 1              Date Rcvd: May 11, 2005
Case: 03-47260              Form ID: odct          Total Served: 1


The following entities were served by first class mail on May 13, 2005.
tr         +Joseph Baldiga,   Mirick, O'Connell, DeMallie Lougee,,   100 Front Street,
            Worcester, MA 01608-1477

The following entities were served by electronic transmission.
NONE.                                                                                  TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: May 13, 2005**                   Signature:   *Joseph Speetjens*